UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUTH NORMAN,

Plaintiff,

-against-

PORTFOLIO RECOVERY ASSOCIATES, LLC,

Defendant.

Case No. 1:24-cv-09248 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On December 9, 2024, the Court issued an order directing the parties to appear for an initial pretrial conference on **January 23, 2025, at 11:30 a.m**. Dkt. 4.

The conference shall be held **remotely via Microsoft Teams**. The parties will receive Microsoft Teams log-in credentials at the email addresses on the docket. The public listen-only line may be accessed by dialing phone number: 646-453-4442; phone conference ID: 630 186 207#

Counsel for Defendant shall serve Plaintiff with a copy of this Order forthwith, and the Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

Dated: January 17, 2025
New York, New York

SO ORDERED.

JENNIFER L. ROCHON
United States District Judge

Mail to:
Ruth Norman
214 East 163 Street
#3B Bronx, NY 10451