UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUTH NORMAN,<br><br>        Plaintiff,<br><br> -against-<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>        Defendant. | Case No. 1:24-cv-09248 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  Ruth Norman ("Plaintiff"), proceeding *pro se*, brings this action against Portfolio Recovery Associates, LLC ("Defendant"), for alleged violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq. See generally* Dkt. 1-2 ("Compl."). Defendant moves under Federal Rule of Civil Procedure ("Rule") 12(e) for a more definite statement regarding Plaintiff's claims. Dkt. 5. For the reasons discussed at the parties' January 23, 2025 Initial Pretrial Conference, and because Plaintiff did not oppose the motion, Defendant's motion for a more definite statement is GRANTED.

  Plaintiff shall file an Amended Complaint no later than **January 30, 2025,** that provides more factual detail regarding her claims, including the account number and information associated with the alleged debt at issue in this action. Plaintiff is hereby warned that failure to comply with this Order by filing an Amended Complaint as specified herein may result in the Court striking the Complaint or taking some other appropriate action. *See* Fed. R. Civ. P. 12(e).

The Clerk of Court is respectfully directed to terminate the motion pending at Dkt. 5.

Dated: January 23, 2025
New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge

2